No. 65138.—Algemeene Kunstzijde Unie N.V. *v.* United States, protests 59/13467, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise in question consists of nylon yarn similar in use to "thrown silk not more advanced than singles, tram, or organzine," and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 6, 1961

No. 65139.—J. M. Sutton Sons & Co. et al. *v.* United States, protests 60/6690, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.

No. 65140.—Wm. M. Allison & Co., Inc., et al. *v.* United States, protests 59/14137, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), and that the case or cases reported by the inspector as manifested, not found, was or were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the merchandise which was reported by the inspector as manifested, not found. The protests were sustained to this extent.